UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MILLER TUBULAR PROPERTIES, LLC        CIVIL ACTION NO. 26-cv-1047

VERSUS                                JUDGE S. MAURICE HICKS, JR.

M I, LLC                              MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Plaintiff Miller Tubular Properties, LLC filed a Diversity Jurisdiction Disclosure Statement (Doc. 12) and alleged that it is an LLC. The citizenship of an LLC is determined by the citizenship of all of its members. Miller Tubular alleged in its disclosure statement that its members are Michael Miller and Blair Miller, who are "residents of Bossier Parish." But it is domicile rather than mere residency that decides citizenship for diversity purposes, and an allegation of residency alone does not satisfy the requirement of an allegation of citizenship. Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019). Miller Tubular is directed to file an Amended Diversity Jurisdiction Disclosure Statement by **April 27, 2026** and allege the domicile of its two individual members.

The notice of removal alleges facts that indicate the amount in controversy exceeds $75,000, and defendant MI's disclosure statement indicates that it is a citizen of Texas. If Miller Tubular confirms that it is a citizen of Louisiana, then the court will enter a preliminary finding that subject matter jurisdiction exists.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 20th day of April, 2026.



Mark L. Hornsby
U.S. Magistrate Judge